DAY PITNEY LLP
Amish R. Doshi (AD5996)
Steven M. Greenspan
Times Square Tower
7 Times Square
New York, New York 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 881-9019
Email: adoshi@daypitney.com
      smgreenspan@daypitney.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAUL H. SCHWEIZER,                                              CIVIL ACTION NO.:
W. STUART SCHWEIZER,
LESLIE E. SCHWEIZER,
KAWADA INDUSTRIES, INC.
                                                                **Rule 7.1 DISCLOSURE**
           **Plaintiffs,**

vs.

**SIKORSKY AIRCRAFT CORPORATION,**

           **Defendant.**
-----------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 7.1, Defendant Sikorsky Aircraft Corporation hereby certifies that it is wholly-owned by its corporate parent, United Technologies Corporation, which is publicly held.

Sikorsky Aircraft Corporation has no publicly held subsidiaries or affiliates.

Dated: September 23, 2010
      New York, New York

**DAY PITNEY LLP**

By: _____
Amish R. Doshi (AD5996)
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 297-5800
Facsimile: (212) 881-9019
E-Mail: adoshi@daypitney.com

And

Steven M. Greenspan, Esq.
242 Trumbull Street
Hartford, Connecticut 06103
Tel: (860) 275-0100
Facsimile: (860) 275-0343
Email: smgreenspan@daypitney.com

Attorneys for Defendant,
Sikorsky Aircraft Corporation